Before the hon<sup>ble</sup> Sam<sup>l</sup> Pemberton Esq<sup>r</sup> D Judge

The Court being Opened, Samuel Daal Exhibited his Claim in Court and made Oath to it — And then the Court is Adjourned to the 8th Inst<sup>t</sup> at 3 a Clock P: M

Oct<sup>r</sup> 4th 1742.

N° 4. Cap<sup>t</sup> Henry Bull in the presence of the Judge Enacts and binds himself to pay to Cap<sup>t</sup> Robert Flower, John Rous and William Wilkinson etc. Double Costs Pursuant to Act in Case of the said Sloop Dela Clara her Cargo etc. as mentioned in the Libel, be Adjudged lawful Prize.

Henry Bull

ROB<sup>t</sup> FLOWERS ETC. VS SLOOP *Clara* AND CARGO

Oct<sup>r</sup> 8th 1742.

The Court being Opened according to Adjournm<sup>t</sup> M<sup>r</sup> Gridley, Att<sup>ry</sup> for the Claim<sup>ts</sup> moved to the Court for farther time, he not being ready, Which is granted And the Court is adjourned until to Morrow 9 aClock A. M

Oct[r] 9th 1742.

The Court being Opened according to Adjournment The Preparatory Examinations were produced in Court and read, After which M[r] Bollan advocate for the Captors Proceeded to the Merits of the Cause, and then John Maguire, John Venswall and John Disarado were Sworn, then the Court is adjourned to 3 aClock P. M